IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00192-WYD

QFA ROYALTIES LLC and
QIP HOLDER LLC,

    Plaintiffs,

v.

FLASH MART, INC.,
SAEED MAHBOUBI,
and HAMID REZAIE,

    Defendants.

## ORDER

    Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction on February 3, 2006.  After a careful review of this motion, it is

    ORDERED that a hearing on the Motion for Temporary Restraining Order is set for **Wednesday, February 8, 2006, at 4:00 p.m**.  The portion of the motion that seeks a preliminary injunction will be heard at a later time.  It is

    FURTHER ORDERED that Plaintiff's counsel shall give notice to Defendants and/or their counsel of the filing of the motion in this case and the upcoming hearing.

    Dated:  February 6, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge