IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00192-WYD

QFA ROYALTIES LLC and
QIP HOLDER LLC,

    Plaintiffs,

v.

FLASH MART, INC.,
SAEED MAHBOUBI,
and HAMID REZAIE,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiffs Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(i) (filed April 20, 2006).  Plaintiffs asserts therein that they are voluntarily dismissing the case without prejudice.  After a careful review of the Notice and the file, the Court concludes that dismissal is appropriate pursuant to Rule 41(a)(1), since Defendants have not yet served an answer or filed a motion for summary judgment.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(1), each party to pay their own costs and attorney's fees.

Dated:  April 21, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge